UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRENCE FITCH,
    Plaintiff,

v.                                                      Case No. 24-C-1134

JOSH KAUL,
    Defendant.

## DECISION AND ORDER

On November 4, 2024, defendant filed a motion to dismiss plaintiff's pro se complaint. ECF No. 6. Under the local rules of this court, plaintiff's response to the motion was due within 21 days of service of the motion. *See* Civil L.R. 7(b). Plaintiff did not timely file a response, and, on December 10, 2024, I warned plaintiff that if a response was not filed by December 31, 2024, I would treat the motion to dismiss as unopposed and grant it. *See* ECF No. 10 (noting that per Civil L.R. 7(d), failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion). To date, plaintiff still has not filed a response. Accordingly, I will grant defendant's motion.

**THEREFORE, IT IS ORDERED** that defendant's motion to dismiss (ECF No. 6) is **GRANTED**. This action is hereby **DISMISSED**. The Clerk of Court shall enter final judgment accordingly.

Dated at Milwaukee, Wisconsin, this 6th day of January, 2025.

                                                             /s/ Lynn Adelman
                                                             LYNN ADELMAN
                                                             District Judge